IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY KAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to seal (Filing No. 42). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The motion for hearing shall remain sealed pending further order of the Court.

DATED this 12th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court